# Third District Court of Appeal

## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-566
Lower Tribunal Nos. F05-14466 & F06-23887

_____

**Jonathan Labrada,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

O'Brien Hatfield Reese, P.A., and Rachael E. Reese (Tampa), for appellant.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LOGUE, SCALES and LINDSEY, JJ.

PER CURIAM.

The trial court and this Court have previously rejected the exact same argument Appellant is now making. <u>Labrada v. State</u>, 261 So. 3d 537 (Fla. 3d DCA 2018) (table).

Affirmed.